# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| v. | § CRIMINAL NO. 4:19-CR-49-ALM-CAN-3 |
| | § |
| **AARON SCOTT GODBEY (3)** | § |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on November 17, 2022, to determine whether Defendant violated his supervised release. Defendant was represented by Brian O'Shea. The Government was represented by Lesley Brooks.

On February 25, 2020, United States District Judge Amos L. Mazzant, III, sentenced Defendant to a term of thirty (30) months imprisonment followed by three (3) years of supervised release. *See* Dkt. 157. On December 21, 2021, Defendant completed his term of imprisonment and began serving the term of supervision. *See* Dkt. 169.

On August 8, 2022, the U.S. Probation Officer filed the Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 169). The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant must refrain from any unlawful use of a controlled substance, and must submit to one drug test within fifteen days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court; and (2) Defendant must participate in a program of testing and treatment for drug abuse, follow the rules

1

and regulations of that program until discharged, and must pay any cost associated with treatment and testing. *See id.*

The Petition asserts Defendant violated the foregoing conditions as follows:

- On February 22, 2022, April 5, 2022, May 10, 2022, and July 18, 2022, Defendant submitted urine specimens which tested positive for marijuana. Laboratory results confirmed the positive tests.

- On April 25, 2022, and June 6, 2022, Defendant failed to submit a drug test as directed. On April 28, 2022, May 25, 2022, July 18, 2022, and July 21, 2022, Defendant failed to participate in substance abuse treatment as directed.

On November 17, 2022, the Court conducted a final revocation hearing on the Petition. *See* Dkt. 181. Defendant entered a plea of true to allegations one and two, consented to revocation of his supervised release, and waived his right to object to the proposed findings and recommendations of the United States Magistrate Judge. *See* Dkts. 181, 182. The Court finds that Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the November 17, 2022 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months, followed by twelve (12) months of supervised release under the same conditions previously imposed.

**So ORDERED and SIGNED this 21st day of November, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE